**David B. Pillemer, State Bar No. 97808**
**Robin F. Genchel, State Bar No. 131705**
**PILLEMER & PILLEMER**
**17835 Ventura Blvd., Suite 204**
**Encino, California   91316-3673**
**Phone (818) 994-4321**
**Fax (818) 994-3484**
**Email dpillemer@pillemerlaw.com**
**rgenchel@pillemerlaw.com**

Attorneys for State Farm General Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>BROAN-NUTONE, LLC, a Delaware Limited Liability Company,   and DOES 1-40, inclusive,<br><br>　　　　Defendant(s). | Civil No. 1:17-cv-00611-DAD-MJS (Formerly 17CECG00053)<br><br>ASSIGNED FOR ALL PURPOSES TO:<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>TRIAL DATE:   NONE SET<br>ACTION FILED:   01/06/17 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Scheduling Conference, previously scheduled for October 12, 2107, is hereby continued to November 9th, 2017 at 9:30 am.

IT IS SO ORDERED.

Dated:   October 7, 2017              /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

BM07-0000161
12436968.1