# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE LLC,<br><br>Defendant. | Case No. 1:17-cv-00611-DAD-MJS<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF NO. 20)** |

Defendants initiated this action on April 28, 2017 with the filing of a notice of removal of the action from state court. (ECF No. 1.) On May 1, 2017, Plaintiff's counsel, Robin Genchel, was directed to register for the Court's electronic case management and electronic case filing system, CM/ECF. (ECF No. 6.) The notice requiring such registration was mailed to counsel's address of record. It subsequently was returned as undeliverable on May 15, 2017.

On November 16, 2017, the Court ordered Plaintiff's counsel to show cause why she should not be sanctioned for failure to obey Local Rules requiring her to register for CM/ECF and apprise the Court of her current address. (ECF No. 20.) Counsel timely responded on November 29, 2017. (ECF No. 21.)

In her declaration, Counsel states that she has now registered for CM/ECF and

has provided the Court with her current address. Additionally, however, she contends that she is not, in fact, attorney of record for Plaintiff, but merely assisting true lead counsel, attorney David B. Pillemer of the same firm.

Regardless of the division of labor within her firm, counsel is shown on the docket as "Lead Attorney/Attorney to be Noticed" and will remain such, with all attendant responsibilities, unless and until that designation is changed. Counsel is invited to visit the Court's website for direction on accomplishing any such change.

Nevertheless, the Court finds counsel's declaration and actions following the show cause order sufficient to excuse her failure to follow court rules. Therefore, the order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: November 29, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE