**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BROAN-NUTONE, LLC, a Delaware Limited Liability Company, and DOES 1-40, inclusive, <br><br> Defendants. | CASE No.: 1:17-cv-00611-DAD-EPG <br><br> **ORDER MODIFYING SCHEDULING ORDER** <br><br> (ECF No. 31) |

On June 20, 2018, the parties filed a stipulation to modify the case management schedule in this action. (ECF No. 31). Based upon the stipulation of the parties, and good cause appearing, the Scheduling Order, (ECF No. 18), is modified as follows:

| Type of appearance | Operative Case Management Schedule | Stipulated Case Management Schedule |
|---|---|---|
| Non-Expert Discovery | May 9, 2018 | August 9, 2018 |
| Expert Discovery | July 11, 2018 | October 11, 2018 |
| Expert Disclosure Deadlines | May 23, 2018 | August 23, 2018 |
| Expert Supplemental/Rebuttal | June 6, 2018 | September 6, 2018 |
| Motion Deadlines Non-Dispositive | July 25, 2018 | October 25, 2018 |
| Motion Deadlines Dispositive Motions | Filing: September 5, 2018 <br> Hearing: October 16, 2018 | Filing: December 5, 2018 <br> Hearing: February 4, 2019 at 9:30 a.m. |

| | | |
|---|---|---|
| Pretrial Conference | January 15, 2019 | April 15, 2019 at 1:30 p.m. |
| Jury Trial | March 19, 2019 | June 11, 2019 at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **June 22, 2018**   

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE