| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE, LLC, a Delaware Limited Liability Company, and<br>DOES 1-40, inclusive,<br><br>Defendants. | Case No. 1:17-cv-00611-DAD-EPG<br><br>**ORDER FURTHER MODIFYING SCHEDULING ORDER**<br><br>(ECF No. 33) |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Pursuant to the Stipulation for Continuance of Trial and the Case Management Schedule, submitted by Defendant Broan-NuTone, LLC and Plaintiff State Farm General Insurance Company, by and through their respective counsel of record, (ECF No. 33), and good cause appearing, the Court modifies the operative scheduling order, (ECF No. 31), as follows:

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

1

| Type of Appearance | Current Case Management Schedule | New Case Management Schedule |
|---|---|---|
| Non- Expert Discovery | August 9, 2018 | October 11, 2018 |
| Expert Discovery | October 11, 2018 | December 13, 2018 |
| Expert Disclosure Deadlines | August 23, 2018 | October 25, 2018 |
| Expert Supplemental/ Rebuttal | September 6, 2018 | November 8, 2018 |
| Motion Deadlines Non-Dispositive | October 25, 2018 | December 20, 2018 |
| Motion Deadlines Dispositive Motions | Filing: December 5, 2018 Hearing: February 4, 2019 at 9:30 a.m. | Filing: February 6, 2019 Hearing: April 16, 2019 at 9:30 a.m. |
| Pretrial Conference | April 15, 2019 at 1:30 p.m. | June 24, 2019 at 1:30 p.m. |
| Jury Trial | June 11, 2019 at 8:30 a.m. | August 27, 2019 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **August 22, 2018**            /s/ Elica P. Grosj
                                                        UNITED STATES MAGISTRATE JUDGE

2